EDWARD RUSH, Respondent, *v.* ELEANORA DILKS, Appellant.

(Argued March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1887, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*C. S. Cary* for appellant.

*J. H. Waring* for respondent.

Agree to affirm; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

JAMES C. STOUT, Respondent, *v.* THOMAS JONES, Appellant.

(Argued March 17, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 25, 1887, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Payne & O'Brien* for appellant.

*William B. Woodin* for respondent.

Agree to affirm; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.